DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEVIE D. WALLACE, JR.,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1885

[May 12, 2022]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Dan Vaughn, Judge; L.T. Case No. 312017CF001228AXXXXX.

Melanie Malave, Fort Lauderdale, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Anesha Worthy, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and KLINGENSMITH, JJ., concur.

*   *   *

***Not final until disposition of timely filed motion for rehearing.***